# Court of Appeals
# of the State of Georgia

ATLANTA,  July 10, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1975. REGINALD SMITH v. THE STATE.**

This appeal was docketed in this Court on April 29, 2019. Pursuant to Court of Appeals Rule 23 (a), Appellant's brief and enumeration of errors were to be filed in this Court by May 20, 2019. As of the date of this order, the brief and enumeration of errors have not been filed.

The appeal is hereby DISMISSED. See Court of Appeals Rules 7, 13, and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/10/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*